J. FREDERICK KERNOCHAN, as Executor of EDWARD M. KNOX, Deceased, Appellant, *v.* THE FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee under the Will of EDWARD M. KNOX, Deceased, Defendant, MARY E. LITTLE et al., Appellants, and THE BOARD OF FOREIGN MISSIONS OF THE METHODIST EPISCOPAL CHURCH, Respondent.

*Kernochan* v. *Farmers' Loan & Trust Co.*, 187 App. Div. 668, affirmed.
(Argued December 8, 1919; decided January 6, 1920.)

APPEAL from a judgment, entered June 7, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment of the court at Special Term holding invalid a legacy under the will of Edward M. Knox, deceased, and directing judgment sustaining and directing payment of said legacy. By the fifth clause of his will testator bequeathed " to the Charles Knox Memorial (Methodist) Church, in Manila, Philippine Islands, the sum of ten thousand dollars ($10,000)." The defendant Board of Foreign Missions of the Methodist Episcopal Church, while conceding that there is no *Charles Knox* Memorial Church in existence, nevertheless in substance contended that, since there was a church edifice at Manila, upon the corner stone of. which was inscribed " Knox Memorial — First Methodist Episcopal Church," toward the erection of which the testator had made some contribution, and which church was a mission church under the control of said board, and referred to in publications of said board as the " Knox Memorial," therefore that such church was meant by testator, and that, although not incorporated, it was a branch of the Board of Foreign Missions of the Methodist Episcopal Church, and so that said board was entitled to said legacy.

*J. Frederick Kernochan* and *Henry F. Miller* for plaintiff, appellant.

*Henry F. Miller* and *Robert M. Miller* for defendants, appellants.

*William L. Ransom, Nathan Ottinger* and *William O. Gantz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.